IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM NOBBLEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SUPT. KATHY BRITTIAN, SEC. JOHN** | : | |
| **WETZZEL, THE DISTRICT ATTORNEY** | : | |
| **OF THE COUNTY OF PHILADELPHIA,** | : | |
| **THE ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA** | : | **NO. 21-4726** |

## ORDER

**NOW**, this 19th day of December, 2024, upon consideration of the Petition for Writ of *Habeas Corpus* Under 28 U.S.C. § 2254 (Doc. No. 1) and Supplemental Amendment to the petition (Doc. No. 25), the respondents' responses, the petitioner's reply, the Report and Recommendation filed by United States Magistrate Judge José Raúl Arteaga (Doc. No. 40), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge José Raúl Arteaga is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and

3. No certificate of appealability shall issue because the petitioner has not

made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

_____
TIMOTHY J. SAVAGE, J.